(April 21, 1972)

■ In the Matter of OTTAWAY NEWSPAPERS-RADIO, INC., et al., Petitioners, v. ROBERT C. WILLIAMS, as Acting County Court Judge of Sullivan County, et al., Respondents.— Motion granted, without costs, and petition dismissed as academic (see *Matter of Oliver* v. *Postel,* 30 N Y 2d 171). Herlihy, P. J., Staley, Jr., Greenblott, Sweeney and Kane, JJ., concur.

■ B. C. REALTY CORP., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 50462.) — Motion for a preliminary injunction pending appeal denied, without costs. Motion to dismiss appeal from order denying oral application made at trial to quash subpoenas granted, without costs (see 7 Carmody-Wait 2d, New York Practice, § 54:40, p. 765). Staley, Jr., J. P., Cooke, Sweeney, Kane and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CONNOR, Petitioner, v. JOHN .GOLDSWER, as Sheriff of Schoharie County, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied (see *People ex rel. Klein* v. *Krueger,* 25 N Y 2d 497). Staley, Jr., J. P., Cooke, Sweeney, Simons and Kane, JJ., concur.

■ STEVE HEGYI, Appellant, v. FRANKLYN JONES, Respondent. (Action No. 1.) JOSEPH DI CAPUA, Appellant, v. FRANKLYN JONES, Respondent. (Action No. 2.) — Motion to file record on appeal without certification denied, without costs (22 NYCRR 800.2 [e]). Motion to file brief and appendix without certification denied, without costs, as certification is unnecessary. Appellants' appendix must comply with CPLR 5528 (subd. [a], par. 5) and 22 NYCRR 800.7 (b). Respondent's appendix must comply with CPLR 5528 (subd. [b]). Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.